## UNITED STATES BANKRUPTCY COURT
### Northern District of Illinois .  Western Division

IN RE:                                                    CHAPTER 13

DAVID W. HAYWARD                                          CASE NO. 13-83363

### NOTICE OF FINAL CURE PAYMENT AND COMPLETION OF PLAN PAYMENTS

Pursuant to Federal Bankruptcy Rule 3002.1(f), the Chapter 13 Trustee, Lydia S. Meyer, files Notice that the amount required to cure the default in the below claim has been paid in full and the debtor has completed payments under the Plan.

**Name of creditor:    Flagstar Bank FSB**                **Court claim #: 4**

**Last four digits** of any number used to identify the debtor's account: 9898

| *Final Cure Amount* | |
|---|---|
| Amount of Prepetition Arrears | $318.29 |
| Amount Paid by Trustee | $318.29 |

| *Monthly ongoing Mortgage Payment* | |
|---|---|
| Mortgage is paid: | |
| ☐  Thru the Chapter 13 Plan | ☒  Direct by Debtor(s) |

Within 21 days of the service of this Notice, the creditor **MUST** file and serve a Statement as a supplement to the holders' proof of claim on the debtor, debtor's counsel and the trustee, pursuant to Federal Bankruptcy Rule 3002.1 (g), indicating: 1) whether it agrees that the debtor has paid in full the amount required to cure the default and 2) whether the debtor is otherwise current on all payments consistent with 11 USC ¶1322(b)(5).

Dated:   11/1/18                          /s/Lydia S. Meyer
                                          Lydia S. Meyer, Trustee
                                          308 W. State St., Suite 212
                                          Rockford, IL  61101

### Certificate of Service

I hereby certify that a copy of this Notice of Final cure Payment and Completion of Plan Payments was served on the parties listed below by ordinary US Mail or served electronically through the Court's ECF System at the email address registered with the Court on this 1st Day of November, 2018

Dated:  11/1/18                          /s/Cynthia K. Burnard

FLAGSTAR BANK FSB as servicer for
LAKEVIEW
5151 CORPORATE DRIVE SUITE 3-142
TROY, MI 48098

FLAGSTAR BANK
PO BOX 371891
PITTSBURGH, PA  15250

BRENDA LIKAVEC
POTESTIVO & ASSOCIATES P.C.
223 W. JACKSON BLVD. STE. 610
CHICAGO, IL 60606

DAVID W. HAYWARD
13758 POPLAR GROVE ROAD
POPLAR GROVE, IL  61065

KLEIN, STODDARD, BUCK & LEWIS LLC
ATTORNEY RICHARD G. LARSEN
2045 ABERDEEN CT., SUITE A
SYCAMORE,  IL  60178